FILED

08/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0231

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. 24-0231

| | |
|---|---|
| DAVID L. MURPHY PROPERTIES, LLC; and JOHN SCHAFFER, <br><br> Plaintiffs and Appellants, <br><br> vs. <br><br> PAINTED ROCKS CLIFF, LLC; and LAKE COUNTY, a political subdivision of the State of Montana, by and through the LAKE COUNTY BOARD OF COMMISSIONERS: BILL BARRON, GALE DECKER, and STEVE STANLEY, <br><br> Defendants and Appellees. | **ORDER GRANTING APPELLEE PAINTED ROCKS CLIFF, LLC'S SECOND EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

Upon consideration of Appellee Painted Rocks Cliff, LLC'S ("Painted Rocks") unopposed motion seeking an extension of time and for good cause, the motion is GRANTED. Painted Rocks' response brief shall be filed on or before September 13, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 5 2024